**Order entered August 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

### ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** the parties' August 13, 2015 agreed motion for an extension of time to file their appellants' and cross-appellants' briefs. The parties shall file their respective briefs by **OCTOBER 12, 2015**. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE